UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| LOWELL MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 7:19-CV-122-REW-EBA |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| WALGREENS CO., et al., | ) | |
| | ) | |
| Defendants. | | |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendant Walgreens removed this case in December 2019. DE 1 (Notice of Removal). Consistent with DE 4, Judge Atkins ordered Defendants to clarify whether the amount in controversy exceeds $75,000. DE 5. Defendants did so, arguing that the nature of Plaintiff's claims and the type of damages sought suggested that the amount in controversy exceeds the jurisdictional threshold. *See* DE 6. Plaintiff then moved to remand, contending that the unknown pharmacist joined as a defendant in the action is a Kentucky citizen and therefore destroys complete diversity. DE 7. Upon full briefing (DE 12; DE 14), Judge Atkins found the jurisdictional requirements satisfied and recommended that the Court retain the action. *See* DE 15 (R&R). No party objected within the allotted fourteen-day period. *See id.* at 5–6.

While this Court reviews *de novo* those portions of a Report and Recommendation to which a party objects, *see* 28 U.S.C. § 636(b)(1), it is not required to "review . . . a magistrate [judge]'s factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985); Fed. R. Civ. P. 72(b)(3). Where the parties do not object to the magistrate judge's recommended disposition, they waive any right to review. *See, e.g., United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . .

1

fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal."). Still, upon review of the full record and pertinent authority, the Court notes its independent agreement with Judge Atkins's analysis and conclusion.

Accordingly, the Court **ADOPTS** DE 15, **DENIES** DE 7, and retains the case federally, properly exercising diversity jurisdiction under the circumstances.

This the 27th day of February, 2020.

Signed By:
Robert E. Wier
United States District Judge